No. 3855.—NADAL CARRIÓN, aplda., *v.* CARRIÓN, aplte.—C. D. Mayagüez. Abril 6, 1926. Habiendo pedido la parte apelada que se desestime la apelación por el fundamento de que habían transcurrido los treinta días dentro de los cuales debía elevarse el transcript a esta corte, siempre y cuando no esté pendiente la aprobación de un pliego de excepciones; y aunque la parte apelante en su escrito de oposición ha dicho que ante la Corte de Distrito de Mayagüez ha presentado una moción para restablecer un procedimiento aparentemente caducado para aprobar la exposición del caso, en el día de la vista no constando que el apelante ha hecho alguna otra gestión para indicar la certeza o el resultado de su moción ante la corte inferior, se desestimó la apelación interpuesta contra la sentencia apelada.